UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BARRY HARRIS,<br><br>        Plaintiff,<br><br>    v.<br><br>STATE OF NEVADA,<br><br>        Defendant. | Case No.: 2:24-cv-01748-JAD-DJA<br><br>**ORDER** |

**I.    DISCUSSION**

On September 17, 2024, Plaintiff, an inmate in the custody of the Nevada Department of Corrections ("NDOC"), filed a motion for a temporary restraining order and preliminary injunction. (ECF No. 1-1). Plaintiff did not file a complaint. Under Federal Rule of Civil Procedure 3, "[a] civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. As such, the Court grants Plaintiff **until November 20, 2024**, to submit a complaint to this Court.

Plaintiff has also not filed an application to proceed *in forma pauperis* or paid the $405 filing fee. This Court must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. Loc. R. LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1)–(2); Nev. Loc. R. LSR 1-2. *In forma pauperis* status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments. *See* 28 U.S.C.

§ 1915(b). The Court grants Plaintiff **until November 20, 2024**, to submit a complete application to proceed *in forma pauperis* or pay the $405 filing fee in full.

## II.     CONCLUSION

It is therefore ordered that Plaintiff has **until November 20, 2024**, to submit a complaint to this Court.

It is further ordered that Plaintiff has **until November 20, 2024**, to either pay the full $405 filing fee or file a new fully complete application to proceed *in forma pauperis* with all three required documents: (1) a completed application with the inmate's two signatures on page 3, (2) a completed financial certificate that is signed both by the inmate and the prison or jail official, and (3) a copy of the inmate's trust fund account statement for the previous six-month period.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if he fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case, under a new case number, when Plaintiff can file a complaint and either file a complete application to proceed *in forma pauperis* or pay the required filing fee.

The Clerk of the Court is directed to send Plaintiff Barry Harris: (1) the approved form for filing a 42 U.S.C. § 1983 complaint, instructions for the same, and a copy of his motion for a temporary restraining order and preliminary injunction (ECF No. 1-1); and (2) an application to proceed *in forma pauperis* for an inmate and instructions for the same.

DATED THIS 24th day of September 2024.

_____
UNITED STATES MAGISTRATE JUDGE